| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ANNETTE D. KIRKHAM, ESQ. #217958<br>FAIR HOUSING LAW PROJECT<br>111 W. ST. JOHN ST., #315<br>SAN JOSE, CA 95113 | | |
| Telephone No: 408-280-2410 | Ref. No. or File No.<br>88478 | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: HOWARD MULLINS | | |
| Defendant: METROCITIES MORTGAGE | | |

| PROOF OF SERVICE<br>SUMMONS DISTRICT CT. | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706021PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ATTACHMENT A; COMPLAINT; ORDER SETTING INITIAL CASE MGMNT CONFERENCE AND ADR DEADLINES.

3. a. Party served:        EVERHOME MORTGAGE COMPANY
   b. Person served:      VIVIAN IMPERIAL-PROCESS CLERK-AUTHORIZED TO ACCEPT

4. Address where the party was served:    CT CORPORATION
                                          818 WEST 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jan. 14, 2008 (2) at: 11:30AM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GARY HANSEN C.C.P.S.                                  d. *The Fee for Service was:* 72.50
   b. COUNTY PROCESS SERVICE                                e. I am: (3) registered California process server
      31 EAST JULIAN STREET                                    (i)  Owner
      SAN JOSE, CA 95112                                       (ii) Registration No.:    2988
   c. 408 297-6160                                             (iii) County:            Los Angeles
                                                               (iv) Expiration Date:    Fri, Sep. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jan. 15, 2008

Judicial Council Form                    PROOF OF SERVICE                     (GARY HANSEN C.C.P.S.)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS DISTRICT CT.                                              cps.16806