| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| : ANNETTE D. KIRKHAM, ESQ., #217958<br>: FAIR HOUSING LAW PROJECT<br>: 111 W. ST. JOHN ST., #315<br>: SAN JOSE, CA  95113 | | | | | |
| Telephone No.  408-280-2410 | | Ref. No. or File No.:<br>88479 | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court Northern District Of California | | | | | |
| Plaintiff: HOWARD MULLINS | | | | | |
| Defendant: METROCITIES MORTGAGE | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS DISTRICT CT.** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>C07O6021PVT |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; ATTACHMENT A; COMPLAINT; ORDER SETTING INITIAL CASE
   MGMNT CONFERENCE AND ADR DEADLINES.

3. a. *Party served:*                 EMC MORTGAGE CORPORATION
   b. *Person served:*              VIVIAN IMPERIAL-PROCESS CELRK-AUTHORIZED TO ACCEPT

4. *Address where the party was served:*     CT CORPORATION
                                             818 WEST 7TH STREET
                                             LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
   process for the party (1) on: Mon., Jan. 14, 2008 (2) at: 11:30AM

7. ***Person Who Served Papers:***                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GARY HANSEN C.C.P.S.                   d. *The Fee for Service was:*   **$40.00**
   **b. COUNTY PROCESS SERVICE**        e. I am: (3) registered California process server
       31 EAST JULIAN STREET                           *(i)*   Owner
       SAN JOSE, CA 95112                           *(ii) Registration No.:*     2988
       c. 408 297-6160                                   *(iii) County:*          Los Angeles
                                                  *(iv) Expiration Date:*    Fri, Sep. 12, 2008

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Tue, Jan. 15, 2008

Judicial Council Form
Rule 982.9(a)&(b) Rev January 1, 2007                   **PROOF OF SERVICE**<br>                                    **SUMMONS DISTRICT CT.**       (GARY HANSEN C.C.P.S.)         cps.16805