| Attorney or Party without Attorney: ANNETTE D. KIRKHAM, ESQ., #217958 FAIR HOUSING LAW PROJECT 111 W. ST. JOHN ST., #315 SAN JOSE, CA 95113 | For Court Use Only |
|---|---|

Telephone No:

Attorney for: Plaintiff

Ref. No. or File No.: 88477

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: HOWARD MULLINS

Defendant: METROCITIES MORTGAGE

| PROOF OF SERVICE SUMMONS DISTRICT CT. | Hearing Date: | Time: | Dept/Div: | Case Number: C0706021PVI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION ATTACHMENT A; COMPLAINT; ORDER SETTING INITIAL CASE MGMNT CONFERENCE AND ADR DEADLINES.

3. a. Party served:  METROCITIES MORTGAGE DBA NO RED TAPE
   b. Person served:  DEVIN HOOSE-GENERAL COUNSEL-AUTHORIZED TO ACCEPT

4. Address where the party was served:  15301 VENTURA BLVD.
   SUITE D320
   SHERMAN OAKS, CA 91403

5. I served the party:
   b. by substituted service. On: Wed., Jan. 16, 2008 at: 10:55AM by leaving the copies with or in the presence of:
      NELLY TIRADO-LEGAL AND CONTRACT MANAGER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. GARY HANSEN C.C.P.S.
   b. COUNTY PROCESS SERVICE
      31 EAST JULIAN STREET
      SAN JOSE, CA 95112
   c. 408 297-6160

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $72.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:  2988
      (iii) County:  Los Angeles
      (iv) Expiration Date:  Fri, Sep. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jan. 17, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS DISTRICT CT.

(GARY HANSEN C.C.P.S.)

cps.16829

| | | | For Court Use Only |
|---|---|---|---|
| Attorney or Party without Attorney:<br>   ANNETTE D. KIRKHAM, ESQ., #217958<br>   FAIR HOUSING LAW PROJECT<br>   111 W. ST. JOHN ST., #315<br>   SAN JOSE, CA  95113 | | | |

| Telephone No: | FAX No: | |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>88477 | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: HOWARD MULLINS

Defendant: METROCITIES MORTGAGE

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706021PVT |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL ACTION ATTACHMENT A; COMPLAINT; ORDER SETTING INITIAL CASE MGMNT CONFERENCE AND ADR DEADLINES.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:          1-24-08

   b. Place of Mailing:         SAN JOSE, CA

   c. Addressed as follows:   METROCITIES MORTGAGE DBA NO RED TAPE

                              15301 VENTURA BLVD.

                              SUITE D320

                              SHERMAN OAKS, CA  91403

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jan. 17, 2008 in the ordinary course of business.

5. *Person Serving:*

   b. COUNTY PROCESS SERVICE

      31 EAST JULIAN STREET

      SAN JOSE, CA  95112

   c. 408 297-6160

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*  $72.50

   e. I am:

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:  1-24-08

PROOF OF SERVICE
By Mail

                      (ps.16829)

SCOTT M. SOTO

SANTA CLARA COUNTY #979