1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  HAROLD R. JONES (State Bar No. 209266)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 HOWARD MULLINS,                          Case No.: C07 06021 PVT

13         Plaintiff,                       **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

14    vs.

15 METROCITIES MORTGAGE dba NORED
   TAPE MORTGAGE, a California Corporation,
16 EVERHOME MORTGAGE COMPANY, a
   Florida Corporation and EMC MORTGAGE
17 CORPORATION, a Texas Corporation,

18         Defendants.

19

20      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

21      Defendant EMC Mortgage Corporation hereby declines to consent to the assignment of this

22 case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment

23 of this case to a United States District Judge.

24

25

26

27

28

---

11474/0097/659955.1                                    Declination To Proceed Before Magistrate Judge
                                                                        Case No.: C07 06021 PVT

-2-

1  DATED: February 25, 2008                SEVERSON & WERSON
                                           A Professional Corporation
2
                                              /s/ Regina J. McClendon
3
                                           By: _____
4                                                   Regina J. McClendon

5                                          Attorneys for Defendant
                                           EMC MORTGAGE CORPORATION