ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>            Plaintiff,<br><br>    v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>            Defendants. | Case No.  C07-06021 JF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF EVERHOME MORTGAGE COMPANY** |

1  Notice is hereby given that pursuant to Federal Rules of Civil Procedure
2  41(a)(1), Plaintiff Howard Mullins voluntarily dismisses Defendant Everhome Mortgage
3  Company from the above-captioned matter without prejudice.

Dated: March 6, 2008         FAIR HOUSING LAW PROJECT


/s/_____
Annette D. Kirkham
Attorneys for Plaintiff

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF
EVERHOME MORTGAGE COMPANY
C07-06021 JF