**E-filed 3/14/08**

ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>           Plaintiff,<br><br>      v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>           Defendants. | Case No.  C07-06021 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Plaintiff HOWARD MULLINS, by and through his counsel, Fair Housing
2  Law Project, and Defendant EMC MORTGAGE CORPORATION, by and through its
3  counsel, Severson & Werson hereby stipulate as follows:
4  The Case Management Conference in this case is currently set for hearing
5  on March 21, 2007 at 10:30 a.m.
6  Because Plaintiff intends to amend his complaint, Plaintiff Howard Mullins
7  and Defendant EMC Mortgage Corporation agree to a 30-day continuance of the Case
8  Management Conference to a date convenient to the Court such as May 2, 2008 at 10:30
9  a.m.

11  IT IS SO STIPULATED.

13  Dated:  March 6, 2008          FAIR HOUSING LAW PROJECT

15  /s/_____
    Annette D. Kirkham
    Attorneys for Plaintiff

18  Dated:  March 6, 2008          SEVERSON & WERSON

19  _/s/_____
    Regina J. McClendon
20  Attorneys for Defendant
    EMC MORTGAGE CORPORATION

22  ATTESTATION PURSUANT TO GENERAL ORDER 45

23  I, Annette D. Kirkham, attest that concurrence in the filing of this document has been
    obtained from each of the signatories.  I declare under penalty of perjury under the laws of
    the United States of America that the foregoing is true and correct.  Executed on March 6,
24  2008, at San Jose, California.

25  _____/s/_____
        Annette D. Kirkham

- 1 -

STIPULATION TO CONTINUE CASE STATUS
CONFERENCE
C07-06021 JF

1 | **[PROPOSED] ORDER**

2 Upon review of the parties' stipulation requesting a continuance of the Case Management Conference from March 21, 2008 to a date that is convenient for the Court or May 2, 2008 and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference in this case will be continued to: _5/2/08_____ .

Dated:   3/14/08                                   _____
United States District Judge Jeremy Fogel