1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   HAROLD R. JONES (State Bar No. 209266)
3  hrj@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | HOWARD MULLINS,                          | Case No.: C07 06021 JF
14 |         Plaintiff,                       | **CERTIFICATION OF INTERESTED ENTITIES**
15 |    vs.                                   |
16 | METROCITIES MORTGAGE dba NORED TAPE MORTGAGE, a California Corporation,
17 | EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE
18 | CORPORATION, a Texas Corporation,
19 |         Defendants.

20

21       Defendant EMC Mortgage Corporation certifies that the following listed persons, associations

22 of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a

23 financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

24 non-financial interest in that subject matter or in a party that could be substantially affected by the

25 outcome of the proceeding: The Bear Stearns Companies, Inc.

26

27

28

| | | |
|---|---|---|
| 1 | DATED: April 18, 2008 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /S/ _____<br>Regina J. McClendon |
| 5 | | Attorneys for Defendant<br>EMC MORTGAGE CORPORATION |

-2-

11474/0097/667189.1                                        CERTIFICATION OF INTERESTED ENTITIES
                                                           Case No.: C07 06021 JF