UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Howard Mullins

Plaintiff(s),

v.

Metrocities Mortgage dba No Red Tape
Mortgage and EMC Mortgage Corporation

Defendant(s).

CASE NO. C07-06021 JF

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: April 16, 2008

Annette D. Kirkham
Attorney for Plaintiff

Dated: April 16, 2008

Harold R. Jones
Attorney for Defendant

**|PROPOSED| ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
  XX Mediation
        Private ADR

Deadline for ADR session
    XX 90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated:   4/25/08

                        UNITED STATES MAGISTRATE JUDGE
                              DISTRICT