**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 2, 2008
**Case Number:** CV-07-6021-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        HOWARD MULLINS   V.  METROCITIES MORTGAGE,  ET AL

                    PLAINTIFF                              DEFENDANT


    **Attorneys Present:  Annette Kirkham**        **Attorneys Present: Harold Jones for EMC**

---

PROCEEDINGS:
    Case management conference held.  Parties are present.  Continued to 8/1/08 at 10:30 a.m. for further case management conference.