# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Mullins,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Metrocities Mortgage,<br><br>　　　　　　Defendant(s). | 07-06021 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Christopher D. Sullivan**
McGrane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
415-283-1776
csullivan@mcgranegreenfield.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06021 JF MED　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: June 4, 2008
5  RICHARD W. WIEKING
   Clerk
6  by:    Claudia M. Forehand
7
8  ADR Case Administrator
   415-522-2059
9  Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06021 JF MED                - 2 -