JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
HAROLD R. JONES (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation,<br><br>　　　　　Defendants. | Case No.:  C07 06021 JF<br><br>**AMENDED CERTIFICATION OF INTERESTED ENTITIES** |

Defendant EMC Mortgage Corporation hereby submits the following amended certification of interested entities:

Pursuant to Civil Local Rule 3-16, defendant EMC Mortgage Corporation certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

/ / / / /

/ / / / /

1 | could be substantially affected by the outcome of the proceeding: The Bear Stearns
2 | Companies, Inc. and JPMorgan Chase & Co.

DATED: June 13, 2008

SEVERSON & WERSON
A Professional Corporation

By: ___/s/ *Harold R. Jones*___
       Harold R. Jones

Attorneys for Defendant
EMC MORTGAGE CORPORATION