JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
HAROLD R. JONES (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation,<br><br>　　　　Defendants. | Case No.: C07 06021 JF<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE** |

WHEREAS, this Court ordered plaintiff Howard Mullins and defendant EMC Mortgage Corporation to mediate this case by July 28, 2008;

WHEREAS, the Court has appointed Christopher Sullivan, Esq. to mediate this case;

WHEREAS, Mr. Sullivan is planning to be out of the country and unavailable to mediate the case from July 9 through July 25, 2008;

WHEREAS, plaintiff, defendant EMC Mortgage Corporation, and Mr. Sullivan have agreed to hold the mediation on September 12, 2008;

WHEREAS, defendant Metrocities Mortgage dba No Red Tape Mortgage has been served with the complaint but has not yet filed a responsive pleading;

1    WHEREAS, plaintiff and defendant EMC Mortgage believe Metrocities' presence at the mediation will be helpful in moving the case toward settlement, and holding the mediation in September will allow Metrocities time to appear in the case or have its default taken;

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the deadline to complete mediation is continued for 60 days.

IT IS SO STIPULATED.

DATED:  June 30, 2008        FAIR HOUSING LAW PROJECT

By:      /s/    *Annette D. Kirkham*
                    Annette D. Kirkham

Attorneys for Plaintiff
HOWARD MULLINS


DATED:  June 30, 2008        SEVERSON & WERSON
                             A Professional Corporation


By:      /s/    *Harold R. Jones*
                    Harold R. Jones

Attorneys for Defendant
EMC MORTGAGE CORPORATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

- 2 -

11474/0097/677701.1        STIPULATION TO CONTINUE MEDIATION COMPLETION
                                                                  DEADLINE
                                                     Case No.:  C07 06021 JF