JOHN B. SULLIVAN (State Bar No. 96742)
REGINA J. McCLENDON (State Bar No. 184669)
rjm@severson.com
HAROLD R. JONES (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
EMC MORTGAGE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS, <br><br> Plaintiff, <br><br> vs. <br><br> METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation, <br><br> Defendants. | Case No.:  C07 06021 JF <br><br> **[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DEADLINE** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the deadline for the parties to complete mediation is continued from July 28, 2008 to September 29, 2008.

IT IS SO ORDERED.

Dated: _____                    _____
                                                  United States District Court Judge