CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Annette D. Kirkham, Esq.<br>Regina Jill McClendon, Esq | **Electronically via Court's CM/ECF System** |
| Christopher D. Sullivan<br>McGrane Greenfield LLP<br>One Ferry Building, Suite 220<br>San Francisco, CA 94111 | **By Mail** |

þ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

þ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in San Francisco, California, on July 2, 2008.

/s/   *Anne Ogonowski*
       Anne Ogonowski

11474/0097/678237.1                                                                CERTIFICATE OF SERVICE
                                                                                   Case No.: C07 06021 JF