**E-filed 7/7/08**

1  JOHN B. SULLIVAN (State Bar No. 96742)
   REGINA J. McCLENDON (State Bar No. 184669)
2  rjm@severson.com
   HAROLD R. JONES (State Bar No. 209266)
3  hrj@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111
   Telephone:  (415) 398-3344
6  Facsimile:  (415) 956-0439

7  Attorneys for Defendant
   EMC MORTGAGE CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  HOWARD MULLINS,                    Case No.:  C07 06021 JF

13              Plaintiff,             [PROPOSED] ORDER CONTINUING
                                       MEDIATION COMPLETION
14       vs.                           DEADLINE

15  METROCITIES MORTGAGE dba NO RED
    TAPE MORTGAGE, a California Corporation,
16  EVERHOME MORTGAGE COMPANY, a
    Florida Corporation and EMC MORTGAGE
17  CORPORATION, a Texas Corporation,

18              Defendants.

19

20       Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

21  ORDERED that the deadline for the parties to complete mediation is continued from July 28, 2008

22  to September 29, 2008.

23       IT IS SO ORDERED.

24

25  Dated:  __7/7/08_____          _____
                                        United States District Court Judge
26                                      Jeremy Fogel

27

28