| | |
|---|---|
| 1  MICHAEL J. LEVANGIE, State Bar # 160163 | ORIGINAL FILED |
| JOHN BEEBE, State Bar # 183500 | |
| 2  PROUT • LEVANGIE | 08 JUL 11 PM 2: 26 |
| 2021 N Street | |
| 3  Sacramento, CA 95811 | RICHARD W. WIEKING |
| Tel: (916) 443-4849 | CLERK |
| 4  Fax: (916) 443-4855 | U.S. DISTRICT COURT |
| | NO DIST OF CA S.J. |

5  Attorneys for

6  MetroCities Mortgage, d.b.a. No Red Tape Mortgage

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11  HOWARD MULLINS,                          CASE NO. C07 06021 JF

12          Plaintiff,

13  v.                                       PROOF OF SERVICE BY MAIL

14  METROCITIES MORTGAGE dba NO RED
    TAPE MORTGAGE, a California Corporation,
15  EVERHOME MORTGAGE COMPANY, a             BY FAX
    Florida Corporation and EMC MORTGAGE
16  CORPORATION, a Texas Corporation,

17          Defendants.

18

19      I, the undersigned, declare that I am, and was at the time of service of the papers herein

20  referred to, over the age of 18 years and not a party to the within action or proceeding. My

21  business address is 2021 N Street, Sacramento, CA 95811, which is located in the county in

22  which the within-mentioned mailing occurred. I am familiar with the practice at my place of

23  business for collection and processing of correspondence for mailing with the United States

24  Postal Service. Such correspondence will be deposited with the United States Postal Service on

25  the same day in the ordinary course of business.

26      On this date, July 11, 2008, I served the following document(s): **ANSWER OF**

27  **DEFENDANT METROCITIES MORTGAGE TO FIRST AMENDED COMPLAINT** by

28  placing a true copy in a separate envelope for each addressee named below, with the name and

address of the person served shown on the envelope as follows:

Annette D. Kirkham, Esq.
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Ph: (408) 280-2410
Fax: (408) 293-0106
**ATTORNEYS FOR PLAINTIFF**

Regina J. McClendon
Severson & Werson
One Embarcadero Center, Ste. 2000
San Francisco, CA 94111
Ph: (415) 398-3344
Fax: (415) 956-0439
**ATTORNEYS FOR DEFENDANT
EMC MORTGAGE CORPORATION**

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

Executed on July 11, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California, and the United States of America that the foregoing is true and correct.

*Holly Marquard*
Holly Marquard