UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 15, 2008
**Case Number:** CV-07-6021-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | HOWARD MULLINS   V.  METROCITIES MORTGAGE, ET AL |
|---|---|
| PLAINTIFF | DEFENDANT |
| Attorneys Present: Annette Kirkham | Attorneys Present: Harold Jones for EMC<br>John Beebe for Metrocities |

PROCEEDINGS:
Further case management conference held. Parties are present. Continued to 9/26/08 at 10:30 a.m. for further case management conference.