UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation,<br><br>    Defendants. | Case No.: C07 06021 JF<br><br>[~~PROPOSED~~] ORDER GRANTING EMC MORTGAGE CORPORATION'S REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT MEDIATION<br><br>Complaint Date: 11/28/07<br>Trial Date: None Set |

Upon request of defendant EMC Mortgage Corporation ("EMC"), and good cause appearing,

IT IS HEREBY ORDERED that EMC's request to be excused from personal attendance at the Mediation in this matter is granted on condition that Ms. Asha Sidle of ~~a personal representative of~~ EMC be available to participate by telephone for the entirety of the session.

IT IS SO ORDERED.

Dated: August 26, 2008

                                          Hon. Wayne D. Brazil
                                        United States District Court Magistrate Judge

11474/0097/683774.1

Case No.: C07 06021 JF