1

2  ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
   annettek@lawfoundation.org
3  FAIR HOUSING LAW PROJECT
   111 West Saint John Street, #315
4  San Jose, CA 95113
   Telephone:  (408) 280-2410
5  Facsimile:  (408) 293-0106

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | HOWARD MULLINS,                              | Case No.  C07-06021 JF
13 |         Plaintiff,                            | NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN HOWARD MULLINS AND EMC MORTGAGE CORPORATION, SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER
14 |    v.                                         |
15 | METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation |
16 |                                               |
17 |                                               |
18 |         Defendants.                           |
19

NOTICE OF SETTLEMENT ANDTIPULATION FOR DISMISSAL
MULLINS V. METROCITIES, ET AL. CASE NO. C07-06021 JF

1  Plaintiff Howard Mullins and Defendant EMC Mortgage Corporation have reached a
2  settlement in this matter.  Therefore, Mr. Mullins and EMC Mortgage Corporation hereby
3  apply for and stipulate to issuance of an order dismissing this action with prejudice as to
4  Defendant EMC Mortgage Corporation, subject to the terms of the settlement agreement
5  executed by these parties.

IT IS SO STIPULATED.

Dated:  January 8, 2009         FAIR HOUSING LAW PROJECT

/s/_____
Annette D. Kirkham
Attorneys for Plaintiff

Dated:  January 8, 2009         SEVERSON & WERSON

 /s/_____
Regina J. McClendon
Attorneys for Defendant
EMC MORTGAGE CORPORATION

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 8, 2009, at San Jose, California.

_____/s/_____
Annette D. Kirkham

- 1 -    NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL
C07-06021 JF

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed with prejudice as to Defendant EMC Mortgage Corporation subject to the terms of the settlement agreement executed by Howard Mullins and EMC Mortgage Corporation.

Dated: 1/14/09

_____
United States District Judge Jeremy Fogel