ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS, | Case No. C07-06021 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |
| v. | |
| METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation | |
| Defendants. | |

1  Plaintiff HOWARD MULLINS, by and through his counsel, Fair Housing
2  Law Project, and Defendant METROCITIES MORTGAGE, by and through its counsel,
3  Prout Levangie hereby stipulate as follows:
4  Because Defendant Metrocities Mortgage intends to file a cross-complaint
5  against EMC Mortgage Corporation within the next ten (10) days, the parties agree to
6  extend the case deadlines. Currently, the dispositive motions deadline is March 30, 2009
7  and the pretrial conference is scheduled for May 8, 2009. The parties agree to extend
8  these deadlines as follows:

| | |
|---|---|
| Dispositive motion hearing deadline | August 28, 2009 |
| Pretrial Conference | October 2, 2009 |
| Start of trial | Shortly after pretrial conference |

IT IS SO STIPULATED.

Dated: February 17, 2009        FAIR HOUSING LAW PROJECT

/s/ _____
Annette D. Kirkham
Attorneys for Plaintiff

Dated: February 18, 2009        PROUT LEVANGIE

/s/ _____
John W. Beebe
Attorneys for Defendant
METROCITIES MORTGAGE

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 17, 2009, at San Jose, California.

/s/ _____
Annette D. Kirkham

- 1 -                STIPULATION TO CONTINUE CASE DEADLINES
                                C07-06021 JF

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties stipulation.

Dated: 2/23/09

_____
United States District Judge Jeremy Fogel