1  JOHN W. BEEBE, State Bar # 183500
   **PROUT• LEVANGIE**
2  2021 N Street
   Sacramento, CA 95811
3  Tel: (916) 443-4849
   Fax: (916) 443-4855
4
   Attorneys for defendant
5  MetroCities Mortgage, LLC,
   Formerly d/b/a No Red Tape Mortgage
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | HOWARD MULLINS,                    | CASE NO. C07 06021 JF
12 |         Plaintiff,                  |
13 | v.                                  | STIPULATION AND [PROPOSED]
   |                                     | ORDER TO CONTINUE 3-27-09 CASE
14 | METROCITIES MORTGAGE dba NO RED     | MANAGEMENT CONFERENCE
   | TAPE MORTGAGE, a California Corporation,
15 | EVERHOME MORTGAGE COMPANY, a
   | Florida Corporation and EMC MORTGAGE
16 | CORPORATION, a Texas Corporation,
17 |         Defendants.

18

19     The parties hereto stipulate to a brief continuance of the Case Management Conference,
20 currently set for Friday, March 27, 2009 at 10:30 a.m., to **Friday, April 10, 2009 at 10:30 a.m.**
21 This stipulation is necessitated by a personal, family emergency of John W. Beebe, counsel for
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

                                      1
STIPULATION TO CONTINUE 3-27-09 CASE MANAGEMENT CONFERENCE
I:\client\Mullins\Pleading\Stip.Ord.ContCMC 3-27-09.doc

1  defendant Metrocities Mortgage, which requires that Mr. Beebe travel out of state for several
2  days.
3      IT IS SO STIPULATED.
4  DATED: March 24, 2009.                           **PROUT• LEVANGIE**

6                                                   By: _____
7                                                        John W. Beebe
                                                         Attorneys for defendant
8                                                        METROCITIES MORTGAGE, LLC

10 DATED: March _____, 2009                         **FAIR HOUSING LAW PROJECT**

12                                                   By: _____
                                                         Annette D. Kirkham
13                                                       Attorneys for Plaintiff HOWARD MULLINS

15              **ATTESTATION PURSUANT TO GENERAL ORDER 45**
16 I, John W. Beebe, attest that concurrence in the filing of this document has been obtained from
17 each of the signatories.  I declare under penalty of perjury under the laws of the United States of
18 America that the foregoing is true and correct.  Executed on March 24, 2009, at Sacramento,
19 California.

                                                     _____
21                                                   John W. Beebe

1  defendant Metrocities Mortgage, which requires that Mr. Beebe travel out of state for several
2  days.
3       IT IS SO STIPULATED.
4  DATED: March 24, 2009.            PROUT-LEVANGIE

6                                    By: _____
7                                    John W. Beebe
                                     Attorneys for defendant
8                                    METROCITIES MORTGAGE, LLC

10 DATED: March 25, 2009             FAIR HOUSING LAW PROJECT

12                                   By: _____
                                     Annette D. Kirkham
13                                   Attorneys for Plaintiff HOWARD MULLINS

15            **ATTESTATION PURSUANT TO GENERAL ORDER 45**
16 I, John W. Beebe, attest that concurrence in the filing of this document has been obtained from
17 each of the signatories. I declare under penalty of perjury under the laws of the United States of
18 America that the foregoing is true and correct. Executed on March 24, 2009, at Sacramento,
19 California.

21                                   _____
                                     John W. Beebe

**[PROPOSED] ORDER**

Upon review of the parties' stipulation requesting a continuance of the Case Management Conference and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference set for March 27, 2009 at 10:30 a.m. is continued to April 10, 2009 at 10:30 a.m. in Department 3.

Dated: March 26, 2009

_____
United States District Judge Jeremy Fogel