ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>   Plaintiff,<br><br> v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>   Defendants. | Case No. C07-06021 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |

| | |
|---|---|
|1| Plaintiff HOWARD MULLINS, by and through his counsel, Fair Housing |
|2| Law Project, and Defendant METROCITIES MORTGAGE, by and through its counsel, |
|3| Prout Levangie hereby stipulate as follows: |
|4| Mr. Mullins was recently diagnosed with cancer and because the current |
|5| state of his health prevents him from actively participating in the case, the parties agree to |
|6| extend the case deadlines. Discovery closed on July 1, 2009, the dispositive motions |
|7| deadline was August 28, 2009 and the pretrial conference is scheduled for October 2, |
|8| 2009. The parties agree to extend these deadlines as follows: |

| | |
|---|---|
| Close of Discovery | November 1, 2009 |
| Dispositive motion hearing deadline | January 4, 2010 |
| Pretrial Conference | February 8, 2010 |
| Start of trial | Shortly after pretrial conference |

IT IS SO STIPULATED.

Dated: September 2, 2009     FAIR HOUSING LAW PROJECT

/s/_____
Annette D. Kirkham
Attorneys for Plaintiff

Dated: September 2, 2009     PROUT LEVANGIE

/s/_____
John W. Beebe
Attorneys for Defendant
METROCITIES MORTGAGE

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2009, at San Jose, California.

/s/_____
Annette D. Kirkham

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |
| 3 | Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing: |
| 4 | |
| 5 | IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties stipulation. |
| 6 | |
| 7 | Dated: 9/3/09 |
| 8 | _____<br>United States District Judge Jeremy Fogel |