ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>   Plaintiff,<br><br>v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>   Defendants. | Case No. C07-06021 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |

| | |
|---|---|
| 1 | Plaintiff HOWARD MULLINS, by and through his counsel, Fair Housing |
| 2 | Law Project, and Defendant METROCITIES MORTGAGE, by and through its counsel, |
| 3 | Prout Levangie hereby stipulate as follows: |
| 4 | On September 3, 2009 this Court ordered that the parties' stipulation to |
| 5 | extend deadlines be granted since Mr. Mullins was diagnosed with cancer and his health |
| 6 | prevented him from actively participating in the case. Mr. Mullins has been cleared by his |
| 7 | doctor and is now able to fully participate in the litigation. |
| 8 | The prior order set forth the following deadlines: close of Discovery on |
| 9 | November 1, 2009; dispositive motion hearing deadline on January 4, 2010; and the |
| 10 | pretrial conference is scheduled for February 8, 2010. |
| 11 | The parties agree to extend these deadlines as follows: |

| | | |
|---|---|---|
| 12 | Close of Discovery: | February 26, 2010 |
| 13 | Dispositive Motion deadline: | April 16, 2010 |
| 14 | Pretrial Conference: | April 30, 2010 |
| 15 | Start of Trial: | Shortly after pretrial conference |

IT IS SO STIPULATED.

Dated: November 30, 2009          FAIR HOUSING LAW PROJECT


/s/_____
Annette D. Kirkham
Attorneys for Plaintiff


Dated: November 30, 2009          PROUT LEVANGIE


/s/_____
John W. Beebe
Attorneys for Defendant
METROCITIES MORTGAGE

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 30, 2009, at San Jose, California.

/s/
Annette D. Kirkham

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties stipulation.

Dated: 12/1/09

_____
United States District Judge Jeremy Fogel