ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
111 West Saint John Street, #315
San Jose, CA 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>　　　　Defendants. | Case No. C07-06021 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |

| | |
|---|---|
| 1 | Plaintiff HOWARD MULLINS, by and through his counsel, Fair Housing |
| 2 | Law Project, and Defendant METROCITIES MORTGAGE, by and through its counsel, |
| 3 | Prout Levangie hereby stipulate as follows: |
| 4 | On December 2, 2009 this Court ordered that the parties' stipulation to |
| 5 | extend deadlines be granted since Mr. Mullins had been cleared by his doctor and was |
| 6 | able to fully participate in the litigation. |
| 7 | The prior order set forth the following deadlines: close of Discovery on |
| 8 | February 26, 2010; dispositive motion hearing deadline on April 16, 2010; and the pretrial |
| 9 | conference scheduled for April 30, 2010. The parties request an additional 30 days |
| 10 | extension on all of the deadlines in order to complete discovery. |
| 11 | The parties agree to extend these deadlines as follows: |
| 12 | Close of Discovery:           March 26, 2010 |
| 13 | Dispositive Motion deadline:  May 21, 2010 |
| 14 | Pretrial Conference:          May 28, 2010 |
| 15 | Start of Trial:               Shortly after pretrial conference |
| 16 | IT IS SO STIPULATED. |

Dated: February 18, 2010        FAIR HOUSING LAW PROJECT

/s/_____
Annette D. Kirkham
Attorneys for Plaintiff

Dated: February 18, 2010        PROUT LEVANGIE

/s/_____
John W. Beebe
Attorneys for Defendant
METROCITIES MORTGAGE

- 1 -    STIPULATION TO CONTINUE CASE DEADLINES
         C07-06021 JF

| | |
|---|---|
| 1 | ATTESTATION PURSUANT TO GENERAL ORDER 45 |
| 2 | |
| 3 | I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 18, 2010, at San Jose, California. |
| 4 | |
| 5 | /s/ |
| 6 | Annette D. Kirkham |

## [PROPOSED] ORDER

Upon review of the parties' stipulation requesting a continuance of the case deadlines and good cause appearing:

IT IS HEREBY ORDERED that the deadlines in this case will be continued pursuant to the parties stipulation.

Dated: 2/22/10

_____
United States District Judge Jeremy Fogel