ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
annettek@lawfoundation.org
FAIR HOUSING LAW PROJECT
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for Plaintiff HOWARD MULLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD MULLINS,<br><br>Plaintiff,<br><br>v.<br><br>METROCITIES MORTGAGE dba NO RED TAPE MORTGAGE, a California Corporation, EVERHOME MORTGAGE COMPANY, a Florida Corporation and EMC MORTGAGE CORPORATION, a Texas Corporation<br><br>Defendants. | Case No.   C07-06021 JF<br><br>JOINT PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT; [PROPOSED] ORDER<br><br>Date:   May 28, 2010<br>Time:  11:00 a.m.<br>Ctrm   3<br><br>Honorable Jeremy Fogel |

PRELIMINARY PRETRIAL CONFERENCE
STATEMENT
MULLINS V. METROCITIES, ET AL. CASE NO. C07-

Plaintiff Howard Mullins ("Mr. Mullins"), Defendant Metrocities Mortgage ("Metrocities"), (collectively, "the Parties"), submit the following Preliminary Pretrial and Trial Setting Conference Statement ("Preliminary Statement").

## 1. READINESS FOR TRIAL

### (a) Mediation Efforts

The Parties have made one unsuccessful effort to settle this matter through mediation. Mr. Mullins is hopeful that the parties can continue in their efforts to reach a compromise.

### (b) Remaining Discovery

The Parties seek an extension of the discovery deadlines.

Mr. Mullins and the agents of Metrocities pursuant to Federal Rule of Civil Procedure 30(b)(6) remain to be deposed. Agreement has not been reached as to the dates and times for the depositions. If the Court is agreeable, the Parties request that discovery be extended until August 30, 2010.

### (c) Pending Motions

Metrocities has filed a motion for summary judgment which is scheduled to be heard on July 2, 2010.

## 2. CASE SCHEDULE

As stated, because of outstanding depositions, the Parties request the following Amended Case Schedule:

| Event | Prior Deadline | Amended Deadline |
| --- | --- | --- |
| Close of all Discovery | March 26, 2010 | August 30, 2010 |
| Last Date for Hearing Dispositive Motions *(= 60 days after the Close of All Discovery)* | May 21, 2010 | July 2, 2010 |
| Further Preliminary Pretrial Conference at 11 a.m. *(= 30 days before the Close of All Discovery)* | May 28, 2010 | September 17 2010 |
| Further Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | | September 7, 2010 |

**3. AMOUNT OF TIME NEEDED, AND REQUESTED CALENDAR PERIOD FOR TRIAL**

Despite the extension of deadlines, the Parties anticipate being ready for trial in late September or early October trial dates in that period. The Parties request that the Court allocate 3-5 days for trial, including jury selection.

Dated: May 18, 2010                FAIR HOUSING LAW PROJECT


/s/
Annette D. Kirkham
Attorneys for Plaintiff


Dated: May 18, 2010                PROUT LEVANGIE


/s/
John W. Beebe
Attorneys for Defendant
METROCITIES MORTGAGE

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Annette D. Kirkham, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2010, in San Jose, California.

/s/
Annette D. Kirkham

# [PROPOSED] ORDER

Having reviewed the Preliminary Pretrial and Trial Setting Conference Statement of the Parties, the following Amended Case Management Schedule **IS ORDERED**:

| Event | Prior Deadline | Amended Deadline |
| --- | --- | --- |
| Close of all Discovery | March 26, 2010 | August 20, 2010 |
| Last Date for Hearing Dispositive Motions | May 21, 2010 | July 2, 2010 |
| Further Preliminary Pretrial Conference at 11 a.m. | May 28, 2010 | September 17, 2010 |
| Further Preliminary Pretrial Conference Statements | | September 7, 2010 |

Further, **IT IS ORDERED** that the trial of this matter shall be set for 10/22, 2010 at 1:30 p.m. ~~a.m.~~ The Court will schedule 5 days for trial.

Dated: 5/25/10

_____
United States District Judge Jeremy Fogel